# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EXEQUIEL VASQUEZ CASTILLO and all others similarly situated under 29 U.S.C. 216(b),<br><br>    Plaintiff,<br>vs.<br><br>CHOPS STEAKHOUSE, LLC<br>ISAAC NAHON,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 14-cv-24356-Moore/McAliley |



DATE _____
TIME _____
BY _____ CER# ____

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
CHOPS STEAKHOUSE, LLC
Registered Agent: Alan E. Greenfield, Esq.
28 West Flagler Street, #710
Miami, FL 33130

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.<br>
J.H. Zidell P.A.<br>
300 71ST Street, Suite 605<br>
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Nov 17, 2014 _____

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts



Civil Action No. 14-24356

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chepa Steakhouse, LLC
was received by me on *(date)* 11/17/14.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alan E Greenfield R/a, who is designated by law to accept service of process on behalf of *(name of organization)* Chepa Steakhouse, LLC on *(date)* 11/26/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 11/26/14

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc: