**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:14-cv-24356-KMM

EXEQUIEL VASQUEZ CASTILLO,
and all others similarly situated under
29 U.S.C. 216(b),

        Plaintiff,

vs.

CHOPS STEAKHOUSE, LLC
ISAAC NAHON,

        Defendants.

_____/

**DEFAULT JUDGMENT AGAINST**
**DEFENDANTS CHOPS STEAKHOUSE, LLC AND ISAAC NAHON**

THIS MATTER came before the Court upon Plaintiff EXEQUIEL VASQUEZ CASTILLO's Motion for Final Default Judgment Pursuant to 29 U.S.C 216(b) as to All Defendants for Claim, Fees and Costs Including Future Fees Regarding Collection of Default (ECF No. 18), filed on February 2, 2015 ("Motion for Default Judgment"), and this Court's Paperless Orders entered on January 27, 2015 (ECF No. 15), and February 3, 2015 (ECF No. 19). Defendants CHOPS STEAKHOUSE, LLC and ISAAC NAHON failed to respond, and the time for doing so has passed. UPON CONSIDERATION of the Motion for Default Judgment, the Complaint (ECF No. 1), the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1.      Plaintiff's Motion for Default Judgment (ECF No. 18) is GRANTED.

2.      Default Judgment is entered in favor of Plaintiff Exequiel Vasquez Castillo and against Defendants Chops Steakhouse, LLC and Isaac Nahon on all counts of Plaintiff's Complaint (ECF No. 1).

3.      Plaintiff is entitled to damages as follows:

   a.      Plaintiff has incurred and will be awarded monetary damages in the amount of $4,383.00; and

   b.      Plaintiff has incurred and will be awarded attorney's fees and costs in the amount of $3,165.00.

4.      In total, Plaintiff is entitled to an award of monetary damages, including fees and costs, against Defendants Chops Steakhouse, LLC and Isaac Nahon, jointly and severally, in the amount of $7,548.00, which sum shall bear interest at the legal rate from the date of this Default Judgment.  Plaintiff shall also be entitled to reasonable attorney's fees for collecting on this Default Judgment in an amount to be determined by the Court upon collection.

5.      The Court shall retain jurisdiction in this action to enter further orders that are proper, including, without limitation, deficiency judgments and orders taxing costs and attorney's fees incurred by Plaintiff after the date hereof.

6.      The Clerk of Court is ordered to CLOSE THIS CASE.  All pending motions not otherwise ruled on are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of April, 2015.

_____
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

cc:    All counsel of record