UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24356-CIV-MOORE/MCALILEY

EXEQUIEL VASQUEZ CASTILLO AND
ALL OTHERS SIMILARLY SITUATED
UNDER 29 U.S.C. 216(B),

    Plaintiff,

v.

CHOPS STEAKHOUSE, LLC,
ISAAC NAHON,

    Defendants,

and

JPMORGAN CHASE BANK, N.A.,

    Garnishee.

_____

**ANSWER TO WRIT OF GARNISHMENT AND DEMAND FOR STATUTORY PAYMENT PURSUANT TO FLA. STAT. § 77.28[1]**

    Garnishee, JPMORGAN CHASE BANK, N.A. ("Garnishee"), by and through undersigned counsel, hereby answers the Writ of Garnishment (the "Writ") and states as follows:

    1.    Garnishee has reviewed its records and has identified no deposit accounts in the name of Defendant, Chops Steakhouse, LLC.

    2.    At the time of service of the Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), at the time of this Answer, and at all times between such times, Garnishee was indebted to Defendant, Isaac Nahon, 9440 Abbott Ave., Surfside, FL 33154, by virtue of the following deposit account titled in the name of Defendant:

---

[1] *See* FED. R. CIV. P. 69(a) (making state law applicable to writs of garnishment brought in federal court).

      Account ending in 3362 in the amount of $216.08

3. Garnishee retains the total amount of $216.08 subject to the Writ pursuant to Florida Statutes § 77.19 and subject to offset for applicable administrative fees pursuant to the account agreement between Garnishee and Defendants.

4. At the time of this Answer and at the time of the service of the Writ, and at all times between those periods, Garnishee has had no other goods, money, chattels, effects, or other tangible or intangible property of Defendants in its possession or control.

5. Garnishee does not know of any other persons indebted to Defendants or who may have any of the property of Defendants in their possession or control.

6. Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award or fees as provided by Florida Statutes § 77.28.

7. These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A.'s centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtors or accounts.

**WHEREFORE,** the Garnishee demands payment to "WARGO & FRENCH, LLP" in the amount of $100.00 pursuant to Florida Statutes § 77.28 forthwith for the part payment of its attorney fee. Payment shall be sent to 201 S. Biscayne Boulevard, Suite 1000, Miami, Florida 33131, and should include the title of the action and its corresponding case number. Garnishee further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESSES

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary and secondary email addresses for service of court documents: <u>Primary email address</u>: *wf-fl-garn@wargofrench.com;* <u>Secondary email address</u>: *wf-fl-garn2@wargofrench.com.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via E-Service this 20th day of August, 2015 upon, J. H. Zidell, Esq., [*zabogado@aol.com*].

**WARGO & FRENCH, LLP**
*Attorneys for Garnishee*
201 S. Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 777-6000
Facsimile:  (305) 777-6001
E-mail: wf-fl-garn@wargofrench.com
E-mail: wf-fl-garn2@wargofrench.com

_____
JOSEPH D. WARGO
Florida Bar No. 934194